■ ARTHUR SELDOWITZ v. MANUFACTURERS TRUST COMPANY.— Motion for leave to dispense with printing denied without prejudice, however, to a renewal thereof upon an affidavit more fully disclosing the full financial position of plaintiff. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD F. CAMPBELL.— Motion to dismiss appeal granted. Motion for leave to appeal as a poor person dismissed in view of the decision of this court decided herein. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ MARY DAMIANO v. GIOVANNI DAMIANO et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. The printing of the record on appeal and the appellant's points is dispensed with and the appeal is permitted to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of the Estate of ABE GOLDBLATT, Deceased. BENJAMIN GOLDBLATT, as Administrator; ROSE MEYER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached with leave to the appellant to make an application to dispense with printing the record on appeal and appellant's points on proper papers. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN S. SCOPAS. THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN S. SCOPAS and JACOB COHEN.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.